SCWC-12-0000386

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

IN THE MATTER OF THE ESTATE OF EDWARD VON BARAVALLE
also known as Edward V. Baravalle

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000386; PROBATE NO. 09-1-0664)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant-Beneficiary Kyoko Kouda, also known as Kyoko Von Baravalle's application for writ of certiorari filed on March 20, 2015, is hereby rejected.

DATED:  Honolulu, Hawai‘i, April 21, 2015.

| | |
|---|---|
| Junsuke Otsuka<br>for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Kenn N. Kojima<br>for respondents | /s/ Sabrina S. McKenna |
| Richard Takeshi<br>Von Baravalle | /s/ Richard W. Pollack |
| and Karl Kazuto<br>Von Baravalle | /s/ Michael D. Wilson |

